1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUKKEN APPLIANCE CENTER, INC.

                    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                    Defendant.

No:  3:14-cv-05416-RBL

NOTICE OF VOLUNTARY
DISMISSAL BY PLAINTIFF
WITHOUT PREJUDICE.

COMES NOW the Plaintiff, LUKKEN APPLIANCE CENTER, INC., and hereby gives Notice of Voluntary Dismissal without Prejudice of the above-captioned matter, pursuant to Fed R. Civ. P. 41(a)(1)(i).

DATED this 20th day of May, 2014.

Respectfully submitted:

s/DARREL  S. AMMONS
Darrel S. Ammons, WSB #18223
of Attorneys for Plaintiff

Darrel S. Ammons
Attorney at Law, P.L.L.C.
1315 14th Ave
Longview, WA 98632
Tel (360) 501-8090
Fax (360) 501-8064